IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HOWARD TOGO WOOD, JR.
ADC #155339                                                              PLAINTIFF

v.                                     No. 5:19-cv-228-DPM

THOMAS BURNS, General Counsel,
Arkansas Department of Correction, and
WENDY KELLEY, Director, ADC                                  DEFENDANTS

## ORDER

Wood has submitted more than sixty pages of exhibits with his objection to the recommended disposition, plus a motion for clarification. № 8 & № 9. The Court would appreciate a supplemental recommendation advising whether any of this material is new and whether it makes a difference on Wood's claims. Recommendation, № 7, held in abeyance.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 August 2019