IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HOWARD TOGO WOOD, JR.
ADC #155339                                                    PLAINTIFF

v.                      No. 5:19-cv-228-DPM

THOMAS BURNS, General Counsel,
Arkansas Department of Correction, and
WENDY KELLEY, Director, ADC                                    DEFENDANTS

ORDER

On *de novo* review, the Court adopts Magistrate Judge Volpe's recommendations as modified, № 7 & 11, and overrules Wood's objections and clarifications, № 8 & 9. FED. R. CIV. P. 72(b)(3). The modification: Wood hasn't shown actual injury because his underlying claim doesn't involve a challenge to his conviction or an alleged civil rights violation. *Lewis v. Casey*, 518 U.S. 343, 354–55 (1996); *White v. Kautzky*, 494 F.3d 677, 680–81 (8th Cir. 2007). His complaint will therefore be dismissed without prejudice for failure to state a claim. This dismissal counts as a "strike" for the purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 September 2019