IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HOWARD TOGO WOOD, JR.
ADC #155339                                                                PLAINTIFF

v.                       No. 5:19-cv-228-DPM

THOMAS BURNS, General Counsel,
Arkansas Department of Correction, and
WENDY KELLEY, Director, ADC                                    DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 September 2019